UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK ANTHONY,<br><br>    Plaintiff,<br><br>v.<br><br>GE CAPITAL RETAIL BANK,<br><br>    Defendant. | No.: 14-CV-2809 (ALC)<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Defendant Synchrony Bank f/k/a GE Capital Retail Bank ("Defendant" or "Synchrony") and Plaintiff Frank Anthony ("Plaintiff" or "Anthony") have reached a settlement of all claims and causes of action in the above captioned case and anticipate filing a Notice of Dismissal with the Court within the next thirty (30) days.

Dated: September 18, 2017

Respectfully submitted,

REED SMITH, LLP

By: */s/ Michael H. Bernick*
    Michael H. Bernick
    (*Admitted Pro Hac Vice*)
    Texas Bar No. 24078227
    Peter C. Gourdine (PG6016)
    811 Main Street, Suite 1700
    Houston, Texas 77002-6110
    Telephone: 713.469.3834
    Telecopier: 713.469.3899
    mbernick@reedsmith.com
    pgourdine@reedsmith.com

**ATTORNEYS FOR DEFENDANT
SYNCHRONY BANK
F/K/A GE CAPITAL RETAIL BANK**

- 2 -

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the above-stated instrument was served on all parties in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on September 18, 2017.

Frank Anthony
Apartment 2-C, 81-83 Rivington Street
New York, New York 10002
frank.j.anthony@gmail.com
*Plaintiff Pro Se*

By: */s/ Michael H. Bernick*
Michael H. Bernick