UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/20/17
```

FRANK ANTHONY,

          **Plaintiff,**

-v.-

14-CV-2809 (ALC)

GE CAPITAL RETAIL BANK,

<u>ORDER</u>

          **Defendant**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated:    September 20, 2017
             New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**